Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| | ) |
| Plaintiff, | ) **COUNT 1:** |
| | ) |
| vs. | ) **Driving Under the Influence (DUI)** |
| | ) |
| JOSE L. MONTEZ, | ) Violation of 18 U.S.C. 13(a); 18 |
| | ) U.S.C. 7(3); AS 28.35.030. |
| Defendant. | ) |
| | ) |
| _____ | ) |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about March 26, 2006, at or near Eareckson Air Station, Alaska, in the District of Alaska, the defendant, JOSE L. MONTEZ, did, without authority, commit a Class A Misdemeanor by driving under the influence of

alcohol in violation of 18 U.S.C. 13(a), 18 U.S.C. 7(3), and Alaska Stat. 28.35.030.

DATED this 6th day of June, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE:** I hereby certify that a true and correct copy of the foregoing has been furnished via 1st Class U.S. Mail this 6th day of June 2006 to Jose L. Montez at 127 Grove Street, Madura, CA 93637.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney