Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06-cr-52 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **EX PARTE MOTION TO** |
| vs. | ) | **CONTINUE ARRAIGNMENT ON** |
| | ) | **SHORTENED TIME** |
| JOSE L. MONTEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**EX PARTE MOTION TO CONTINUE ARRAIGNMENT**

**ON SHORTENEED TIME**

The United States moves this honorable Court to continue the arraignment in the above captioned case since Capt Peter S. Kezar, Special United States Assistant Attorney representing the Government, will not be in the state of Alaska during the week of July 10-14, 2006. The Government proposes Thursday, July 20, 2006 at

1

9:30 a.m., as an alternative date and time for arraignment. The Government is also amenable to other dates and times suitable to the Court.

DATED this 15th day of June, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney