# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. JOSE L. MONTEZ

Case No. *3-06-cr-00052-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE: Motion to Continue Arraignment, Docket No. 4

The government's motion to continue arraignment in the above styled case is hereby granted, nunc pro tunc to June 20, 2006.[1]  Accordingly, the arraignment scheduled for July 13, 2006 is hereby vacated.  A new summons shall issue; arraignment is hereby reset to August 14, 2006 at 9:30 a.m.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

July 5, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00052-JDR MONTEZ @4 MO Rescheduling Arraignment on Information.wpd

---

[1] Ex Parte Motion to continue arraignment was discussed on record during the scheduled CVB Docketed Defendants Calendar before the court on June 20, 2006.