AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL
RECEIVED
AUG 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:06-cr-00052-TMB |
| JOSE L. MONTEZ | |

RECEIVED
AUG 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | Courtroom 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>Monday, August 14, 2006 at 9:30 a.m. |

To answer a(n)
[ ] Indictment   [XX] Information   [ ] Complaint   [ ] Violation Notice   [ ] Probation Violation Petition

Charging you with a violation of:

Title  United States Code, Section(s)

Brief description of offense:
18:13(a); 18:7(3); AS 28.35.030; DRIVING UNDER THE INFLUENCE


Ida Romack, Clerk of Court                       July 5, 2006, Anchorage, AK
Signature of Issuing Officer                      Date and Location

**redacted signature**     Deputy Clerk
                           Issuing Officer

---

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel.  In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] _____    Date _____

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 8/1/06 @ 11:00am        Randy M Johnson
             Date                    Name of United States Marshal

                                     (signature)
                                     (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.