MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs____JOSE L. MONTEZ____CASE NO.____3:06-CR-00052-JDR_____
Defendant: _X_Present  Telephonic____ _X_On Summons

BEFORE THE HONORABLE _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES ATTORNEY: _____CAPTAIN PETER KEZAR_____

DEFENDANT'S ATTORNEY: _____KEVIN MCCOY, APPOINTED_____

U.S.P.O.: _____BARBARA BURTON_____

PROCEEDINGS:  ARRAIGNMENT ON MISDEMEANOR INFORMATION
              Held 08/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

_X_Copy of Information given to defense counsel: read.

_X_Defendant sworn.

_X_Defendant advised of general rights, charges and penalties.

_X_Waived full advisement of rights.

_X_Defendant states true name:____Same as above._____

_X_Federal Public Defender accepted appointment;  FPD notified.

_X_PLEA: Not Guilty to Count_1 of the Misdemeanor Information._

_X_Consent to be filed on or before **August 21, 2006** or case shall be transferred to U.S. District Judge.

_X_Original Conditions of Release and Personal Recognizance Order given to Kevin MCCoy to mail to the defendant for signature.

_X_Pretrial motions due **September 14, 2006.** Order for the Progression of a Criminal Case FILED._____

At 9:55 a.m. court convened.


DATE:____August 14, 2006_____  DEPUTY CLERK'S INITIALS: ____Ce____