Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　　Defendant. | NO. 3:06-cr-0052-JDR<br><br>**ENTRY OF APPEARANCE** |

　　　　Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant JOSE L. MONTEZ in the above-captioned action.

　　　　DATED at Anchorage, Alaska this 17th day of August 2006.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

Certification:
I certify that on August 17, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

s/Kevin F. McCoy