**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>   v.   <u>JOSE L. MONTEZ</u>

THE HONORABLE JOHN W. SEDWICK

<small>DEPUTY CLERK</small>                                    CASE NO. <u>3:06-cr-00052-JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: August 23, 2006

      By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable Timothy M. Burgess for all further proceedings. Please use the following case number on all future filings: 3:06-cr-00052-TMB.

[]{IQ1.WPD*Rev.12/96}