Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>              Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**NOTICE OF FILING CONSENT** |

       Jose L. Montez, through counsel, hereby files the attached Consent to Arraignment by Telephone (Exhibit A), with original signature.

       DATED at Anchorage, Alaska this 28th day of August 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       Alaska Bar No. 7705042
       601 West Fifth Avenue, Suite 800
       Anchorage, AK 99501
       Phone:     907-646-3400
       Fax:       907-646-3480
       E-Mail:    kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on August 28, 2006,
a copy of the *Notice of Filing Consent*
was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

s/Kevin F. McCoy

*United States v. Jose L. Montez*
Case No. 3:06-cr-0052-JDR                                                                                          Page 2