Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>                Defendant. | Case No. 3:06-cr-0052-JDR<br><br>**CONSENT TO ARRAIGNMENT BY TELEPHONE** |

       Jose L. Montez, having been advised of his right to be personally present at the arraignment in the above-styled matter, hereby consents to arraignment by telephone pursuant to the provisions of Fed. R. Crim. P. 43(b)(2), which authorizes arraignment in the defendant's absence.

       Dated at Madera, California, this 22 day of August, 2006.

                                                   _____
                                                   JOSE L. MONTEZ