Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>JOSE L. MONTEZ,<br><br>          Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO RESCHEDULE TRIAL AND TO ESTABLISH NEW PRETRIAL MOTIONS DATE** |

Jose Montez asks this court for an order on shortened time to reschedule trial and to establish a new pretrial motions deadline. Trial is presently set for October 2, 2006, and pretrial motions are currently due on September 14, 2006. Rescheduling the trial date and establishing a new motions date is appropriate because the information alleges criminal conduct on Shemya Island which is one of the most remote locations in Alaska, because pretrial discovery is still not complete and because many of the witnesses to the events alleged in the information have not yet been located.

Only 31 days have elapsed under the speedy trial rule.

The government does not oppose this request.

This motion is submitted pursuant to the Fifth Amendment Due Process Clause, D.Ak.L.Crim.R. 47.1, and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 14th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on September 14, 2006,
a copy of the *Unopposed Motion on*
*Shortened Time to Reschedule Trial*
*and to Establish New Pretrial Motions*
*Date* was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

s/Kevin F. McCoy

*United States v. Jose L. Montez*
Case No. 3:06-cr-0052-JDR                                    Page 2