UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed shortened time motion to reschedule the trial and establish a new pretrial motions deadline;

It is hereby ordered:

The motion is granted. The September 26, 2006, final pretrial conference and the October 2, 2006, trial dates are vacated. Trial in this matter is rescheduled for _____, 2006, at ____ ___.m. A final pretrial conference shall be scheduled for _____, 2006 at _____ ___m.

Done at Anchorage, Alaska this _____ day of September 2006

_____
TIMOTHY M. BURGESS
United States District Court Judge