## INFORMATION COVER SHEET

| DEFENDANT'S NAME: | JOSE L. MONTEZ | ALIASES: | |
|---|---|---|---|
| STREET: | 127 Grove Street | DoB: | 3/28/1978 |
| CITY/STATE/ZIP: | Madura, CA 93637 | SSN: | 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 |
| SEX: M | IS DEFENDANT A JUVENILE? | ☐ Yes  X No | If yes, Matter to be sealed: ☐ Yes  ☐ No |

**Related Case Information**

| | | |
|---|---|---|
| ☐ Superseding Indictment | Docket No. | |
| ☐ Same Defendant   X New Charge   ☐ New Defendant | | |
| ☐ New Information, Same Case | | |
| ☐ MJ Complaint No. | SW Case No. | |
| ☐ R/20;   ☐ R40 from District of | | |

| Counsel Information: | AUSA: | Captain Peter S. Kezar, SAUSA, 3 WG/JA |
|---|---|---|
| ☐ FPD   ☐ CJA   ☐ Retained: (Name/Address) | | |

| Defendant's Location Status | Arrest Date: | N/A | INTERPRETER NEEDED  NO |
|---|---|---|---|
| ☐ In Federal Custody at- | Location: | | ☐ Yes X No |
| ☐ In State Custody at | Location: | | Language/Dialect: English |
| ☐ On Pretrial Release   ☐ Bond   ☐ OR   ☐ TPC | | | Neither |

**PROCESS:**

X Summons   ☐ Habeas Corpus ad Prosequendum

☐ Arrest/Bench Warrant   ☐ Secret   ☐ Not Secret   ☐ Under Seal

☐ Bail: Detention (18 USC 3142(f))  ☐ flight risk  ☐ danger to community  ☐ no ties to community

X OR   ☐ $   ☐ Secured   ☐ Unsecured   ☐ As previously set by M.J.
X Please Notify USM to set for Arraignment   ☐ Set Arraignment upon notification from USM that defendant is in district.

| CHARGE(S): | Total # of Counts: | 1 | Place of Offense(s): | Elmendorf AFB, Alaska |
|---|---|---|---|---|

*Have previous charge(s) been filed against this defendant as to this offense(s):* ☐ Yes  X No

| Count | Level F-M-P | Code Provision | Offense (if drug charge state type of drug) | Maximum Penalty |
|---|---|---|---|---|
| 1 | M | 18 USC 13(a); 18 USC 7(3); AS 28.35.030 | DUI | 1 year jail and/or $10,000 fine |

**ATTACH ADDITIONAL SHEET IF NECESSARY FOR LIST OF CHARGES**

Exhibit A, Part 1 - Page 1 of 8

Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) | |
| Plaintiff, ) | **COUNT 1:** |
| ) | |
| vs. ) | **Driving Under the Influence (DUI)** |
| ) | |
| JOSE L. MONTEZ, ) | Violation of 18 U.S.C. 13(a); 18 |
| ) | U.S.C. 7(3); AS 28.35.030. |
| Defendant. ) | |
| ) | |
| ) | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about March 26, 2006, at or near Eareckson Air Station, Alaska, in the District of Alaska, the defendant, JOSE L. MONTEZ, did, without authority, commit a Class A Misdemeanor by driving under the influence of

1

alcohol in violation of 18 U.S.C. 13(a), 18 U.S.C. 7(3), and Alaska Stat. 28.35.030.

DATED this 6th day of June, 2006, in Anchorage, Alaska.

*[signature]*

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE:** I hereby certify that a true and correct copy of the foregoing has been furnished via 1st Class U.S. Mail this 6th day of June 2006 to Jose L. Montez at 127 Grove Street, Madura, CA 93637.

*[signature]*

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

2

# STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

☐ SUSPECT
☒ WITNESS/COMPLAINANT

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc., and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20060326 | 0945 | Eareckson Air Station 597 | PGS | OFFENSE / COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Montez Jose L | 558 55 4220 | |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE |
|---|---|---|
| PO Box 6901, Elmendorf AFB, AK 99506 | 03/28/78 | HOME (559) 706-4707  DUTY (907) 392-4292 |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| 127 Grove St, Madera CA 93637 | CMI | N/A |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

[section crossed out with diagonal line]

ADVISED BY (Full Name and Rank): 
INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.):

**SUSPECT INITIALS** — and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.

- I have the right to remain silent - that is to say nothing at all.
- Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings.
- I have the right to consult with a lawyer.
- I have the right to have a lawyer present during this interview.
- I may obtain a civilian lawyer of my own choice at no expense to the government.
- I may request a lawyer any time during this interview.
- If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time.
- MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge.
- CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities.

**SUSPECT INITIALS** — I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.
I make the following choice. (Initial One)

- I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation.
- I do not want a lawyer and I do not wish to make a statement or answer any questions.
- I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer.

I fully understand my rights and that my signature does not constitute an admission of guilt.

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

AF IMT 1168, 19980401, V2    PREVIOUS EDITIONS ARE OBSOLETE.    PAGE 1 OF 2 PAGES
JM

Montez

### IV. STATEMENT

At about 0945 in parking lot of 597, I was turning Engine 9 between the transfer box and dump truck to park vehicle. My speed was in between 5 and 10 mph. I took the turn to sharp and hit the driver side middle of Engine 9. I hit the concrete transfer box. When truck hit the concrete transfer box the trash line compartment was pushed back into the other compartment behind the box. Once I had hit the transfer box I slammed brake put engine into neutral and applied parking brake to see the damage that was caused. Notified Chief Boyd of accident then contacted SPs of vehicle accident. Then Engaged fire pump to see if pump was still operational and it was. /////END OF Statement/////

### V. OATH/SIGNATURE

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."

SIGNATURE OF PERSON MAKING STATEMENT

SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _____ day of _____, ____ (year).

SIGNATURE OF PERSON ADMINISTERING OATH

### VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page 2 of 2 Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2   (REVERSE)

PAGE 2 OF 2 PAGES

# STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

☐ SUSPECT
☒ WITNESS/COMPLAINANT

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
**PRINCIPAL PURPOSES:** Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc., and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
**ROUTINE USES:** Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
**DISCLOSURE IS VOLUNTARY:** SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 2006 03 27 | 0825 | Bldg 600 Patrol Office B106 | Security S | OFFENSE / COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Barr Christopher M | 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 | FD/CIV |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE HOME | DUTY |
|---|---|---|---|
| Shemya IS | 4/12/70 Peoria IL | 392-4441 | 392-3445 |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| 236 N Adams Carthage IL 62321 | CMI | N/A |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|

**SUSPECT INITIALS** — and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.

- I have the right to remain silent—that is to say nothing at all.
- Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings.
- I have the right to consult with a lawyer.
- I have the right to have a lawyer present during this interview.
- I may obtain a civilian lawyer of my own choice at no expense to the government.
- I may request a lawyer any time during this interview.
- If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time.
- MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge.
- CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities.

**SUSPECT INITIALS** — I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.
I make the following choice. (Initial One)

- I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation.
- I do not want a lawyer and I do not wish to make a statement or answer any questions.
- I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer.

*I fully understand my rights and that my signature does not constitute an admission of guilt.*

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

AF IMT 1168, 19980401, V2        PREVIOUS EDITIONS ARE OBSOLETE.        PAGE 1 OF 2 PAGES

Barr

### IV. STATEMENT

About 0930 on 3/26/04 we were returning from hangar 7 in Engine 9 to park at Bldg 597. Upon entering the parking lot the driver circled the large concrete box in the parking lot. It was routine to do it this way to set up to back in. We were all talking about general things when the truck rocked upward and then stopped. That's when I realized that we had hit something. I did not see it coming and I witnessed no reason why the driver should have been distracted.

///END OF STATEMENT///

### V. OATH/SIGNATURE

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."

| SIGNATURE OF PERSON MAKING STATEMENT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| [signature] M Ba— | [signature] |

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 27th day of March, 2004 (year).

SIGNATURE OF PERSON ADMINISTERING OATH: [signature]

### VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ___ of ___ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2   (REVERSE)                           PAGE 2 OF 2 PAGES

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | | SUSPECT ☐ |
|---|---|---|
| | | WITNESS/COMPLAINANT ☒ |

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397.
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc., and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (if known) |
|---|---|---|---|---|
| 20060326 | 0945 NSO Len | 597 Parking Lot | Security 7 | OFFENSE / COMPLAINT |

### II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Morton Lee E. | 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 | CIV |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (if required) | TELEPHONE | |
|---|---|---|---|
| 599 Rm. 310 | 17 Jan 83 Houston TX. | HOME 392-4306 | DUTY |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| 508 Belmont Friendswood Tx. 77952 | CMI / Fire Dept. | N/A |

**SPONSOR INFORMATION**

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.)

**SUSPECT INITIALS** — and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice.

- I have the right to remain silent - that is to say nothing at all.
- Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings.
- I have the right to consult with a lawyer.
- I have the right to have a lawyer present during this interview.
- I may obtain a civilian lawyer of my own choice at no expense to the government.
- I may request a lawyer any time during this interview.
- If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time.
- MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge.
- CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities.

**SUSPECT INITIALS** — I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me.
I make the following choice. (Initial One)

- I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation.
- I do not want a lawyer and I do not wish to make a statement or answer any questions.
- I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer.

*I fully understand my rights and that my signature does not constitute an admission of guilt.*

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|

AF IMT 1168, 19980401, V2        PREVIOUS EDITIONS ARE OBSOLETE.        PAGE 1 OF 2 PAGES

LEM