Morton

## IV. STATEMENT

On 26th of March 2006 I Lee E. Morton was riding in the back seat of a P-22 Engine Vehicle. The driver took a left hand turn at a neccessary speed around a concrete transfer box and soon after that the Engine came to a complete stop. Then the crew dismounted the truck to take a look at what happened, when saw the damages we imediatley notified the correct personel. ////End of Statement////

## V. OATH/SIGNATURE

I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge.

SIGNATURE OF PERSON MAKING STATEMENT

SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 26 day of March, 2006 (year).

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page 2 of 2 Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2    (REVERSE)                                PAGE 2 OF 2 PAGES



## CHUGACH ALASKA CORPORATION, SUBSIDIARIES, AND JVs VEHICLE INCIDENT INVESTIGATION

| Company: | CMI | Date of Report: | 3/26/06 |
|---|---|---|---|
| **Project Name and Location** | | **Investigated by** | |
| | | Officer Terr'e L. Gales | |
| | | **Date and Time of Incident** | |
| | | Date: 3/26/06 | Time: 9:45 AM |
| **Location of Incident** (Be specific. Include city/state) | | **Authority Contacted** | |
| | | Chief-1 Robert Boyd | |
| | | **Authority Report#** | |
| | | **Citation/Violation Issued?** (Explain) | |
| Parking lot of building 597, EAS Alaska | | | |

| Vehicle #1 - Chugach Driver name and address | | | Vehicle #2 - Other Insured Driver name and address | | |
|---|---|---|---|---|---|
| Jose L. Montez | | | | | |
| 127 Grove Street | | | | | |
| Madera | CA | 93637 | | | |
| City | State | Zip | City | State | Zip |

| Driver wearing seat belt? Yes/No: | Yes |
|---|---|
| If no, explain: | |

**Comprehensive Description of Incident** - (Use separate sheet(s) if necessary):

Upon my arrival at the incident scene I noticed that engine #9 had been repositioned. The vehicle had been put in a position not consistent with the damaged area. Items like the trash line tray and utility box had been moved from the ground and placed behind the cab on the outside of the vehicle. There was also damage to the concrete transfer box.

**What caused the incident?**

The driver misjudged the location of the transfer box and entered into the turn at a rate of speed that was too high for the vehicle.

**What could have prevented this incident?**

Slower speed, a spotter, and more attention could have prevented this accident, no alcoholic beverages within 8 hrs prior to driving.

### NON-CHUGACH INSURED VEHICLE INFORMATION

| Vehicle Description | | | | Insured Vehicle Owner's Name and Address | | |
|---|---|---|---|---|---|---|
| Make: | Pierce | Year: | | | | |
| Model: | P-22 | Body Type: | Pumper | | | |
| VIN #: | 4P1CE01A95A004725 | | | | | |
| Plate #: | 05 0207 | State: | Alaska | City | State | Zip |
| Vehicle Co. ID #: | Engine #9 | | | Home Phone: | | |
| Driver's Name and Address (Check if same as owner): | | | | Work Phone: | | |
| | | | | Other Contact #: | | |
| | | | | Relationship to Insured (employee, relative, etc.) | | |
| City | State | Zip | | | | |
| Home Phone: | | | | | | |
| Work Phone: | | | | Date of Birth: | | |
| Other Contact #: | | | | Driver License #: | | State: |
| | | | | Purpose of Use: | | |
| | | | | Authorized to Use? | Yes | No |

CAC Form S-047Vehicle Incident Investigation Report - Rev 25-001 6_16_05      Page 1 of 3

Exhibit A, Part 2 - Page 2 of 10

## PROPERTY DAMAGE

| Describe Property (If auto, provide car, make, model, plate #, etc.) | Describe Damage |
|---|---|
| Concrete Transfer Box | Dents in Driver side midship, trash line tray ripped off, utility box destroyed, and left rear quarter panel were damaged. Over 10' of damage to the left side of the vehicle. |

| Other Vehicle/Property Insured? | Yes | No |
|---|---|---|

**Other Vehicle Insurance Company Agency Name**

| Where can vehicle be seen? | Bldg 597 |
|---|---|
| When can vehicle be seen? | |

| Other Veh Policy #: | |
|---|---|

### Injured #1 - Name and Address:

| | | |
|---|---|---|
| City | State | Zip |
| Home Phone: | | Ext: |
| Work Phone: | | Ext: |
| Pedestrian: | Insured Veh: | Other Veh: |

**Extent of Injury**

| Hospitalized? Yes/No: | No |
|---|---|
| Name of Hospital: | |

### Injured #2 - Name and Address:

| | | |
|---|---|---|
| City | State | Zip |
| Home Phone: | | Ext: |
| Work Phone: | | Ext: |
| Pedestrian: | Insured Veh: | Other Veh: |

**Extent of Injury**

| Hospitalized? Yes/No | No |
|---|---|
| Name of Hospital: | |

### Witness or Passenger #1 - Name and Address:

Morten, Lee E
508 Belmont

| Friendswood | TX | 77952 |
|---|---|---|
| City | State | Zip |
| Home Phone: | 907 392-4306 | |
| Work Phone: | 907 392-3445 | |
| Other Contact #: | | |

### Witness or Passenger #2 - Name and Address:

Barr, Christopher
236 N Adams

| Carthage | IL | 62321 |
|---|---|---|
| City | State | Zip |
| Home Phone: | 907 392-4441 | |
| Work Phone: | 907 392-3445 | |
| Other Contact #: | | |

### Witness or Passenger #3 - Name and Address:

| | | |
|---|---|---|
| City | State | Zip |
| Home Phone: | | |
| Work Phone: | | |
| Other Contact #: | | |

## REMARKS

Damage continued From point of impact behind the cab to the left rear tire. After the damaged portioned of fender trim reached the left rear tire, the vehicle continued to move forward an additional 12". Follow up BAT results indicated that the driver was at 0.100 during first sample which was taken at 1129 hrs. The second sample at 1147 hrs resulted in a BAT of 0.089.

| Reported by: | Chief -1 Robert Boyd | Reported to: | Security Base, Officer Tom Atherton |
|---|---|---|---|

| Officer Terre Gales | |
|---|---|
| X | X |
| (Signature of Investigator) | (Signature of Reviewer) |

## VEHICLE INCIDENT ANALYSIS WORKSHEET

| DISPATCH POINT | ROAD SURFACE CONDITION |
|---|---|
| | Clear |
| **WEATHER** (Explain weather conditions when incident occurred) | **ROAD TYPE** (asphalt, concrete, dirt, gravel, etc.) |
| Clear | |
| **HOURS ON DUTY:** | Paved |

### SAFETY MANAGEMENT / VEHICLE INSPECTION

| | Cause | | Cause |
|---|---|---|---|
| | Need for more safety control | | Failure to check brake adjustment |
| | Lack of supervision | | Improper coupling |
| | Unfamiliar with route to be traveled | | Damaged hitch |
| | | | Pintle hook not latched |
| | Aggressive or reckless attitude | | Safety chains not used |
| | Lack of skill | | |
| | Health problems | | Following too closely |
| | Personal problems | | Inattention or drowsiness |
| | Alcohol impairment | | Misjudging speed of oncoming traffic |
| | Drug impairment | | Misjudging speed and closeness of vehicles |
| | Illness or fatigue | | Wandering over lane dividers |
| | Adverse emotional state | | Failure to anticipate lane mergers |
| | Not familiar with proper speed control | | Failure to signal |
| | Not familiar with proper gear selection | | Misjudging time for vehicle to clear intersection |
| | Unaware of conditions which cause jackknife | | Failure to obey traffic control device |
| | Unaware of influence of top-heavy cargo | | Poor mirror adjustment |
| | | | Failure to use mirrors |
| | Lack of preventive maintenance | | Failure to scan space to the sides |
| | Inadequate maintenance | | Failure to use turn signals |
| | Mechanical defect | | Turning from wrong lane |
| | Inadequate inspections | | Failure to give right-of-way to passing traffic |
| | Failure to check brake adjustment | | Assuming other driver will see and avoid |
| | Failure to replace badly worn parts | | Adverse conditions |
| | Failure to inspect tire condition | | Unable to judge safe speed for road conditions |
| | Failure to replace worn or damaged tires | | Aggressive braking on slippery road |
| | Failure to torque wheel nuts properly | | Failure to anticipate objects on road / bad road surface |
| | Failure to grease steering joints regularly | | Failure to use headlights and running lights |
| | Failure to replace worn-out steering joints | | Sudden stopping in travel lane |
| | Failure to check power steering fluid level | | Parking in travel lane w/o use of emergency equipment |
| | Failure to periodically inspect springs | X | Excessive speed for curve |
| | Failure to check U-bolts | | Inattentive to pedestrian traffic |
| | | | Failure to anticipate a pedestrian error |
| | Cargo not properly secured | | Running on to curb |
| | Overloading vehicle | | Overuse of brakes on downgrade |
| | Failure to ensure clearance | | Overuse of trailer only brakes |
| | Liquid/gas cargo leaking | | Failure to respond to symptoms during driving |
| | Driver uninformed of nature of sealed cargo | | Failure to start-up slowly |
| | Passengers moving to or from seat while underway | | Failure to check all around vehicle for clearance |
| | Passengers talking with driver while underway | | Failure to back immediately after checking clearance |

### USE OF VEHICLE ACCIDENT ANALYSIS WORKSHEET

*Purpose:* To analyze particular preventable accidents or accident situations identified as being of concern within a company.

*General Approach:*
Use the worksheet to identify potential causes under the specific circumstances and then determine specific appropriate recommendations for further discussion and action.
1. Review available documents regarding accident background to help identify potential accident causes.
2. Discuss accident with carrier representatives and/or driver and solicit comments regarding potential accident causes.
3. Review potential causes listed on worksheet and check those which evidence suggests may apply. Remember that there may be several contributory causes.
4. Using accident prevention countermeasure as outlines, discuss countermeasures identified with carrier personnel and identify areas in need of improvement. If appropriate, provide carrier with copies of relevant countermeasure sheets.

# CHUGACH MCKINLEY INC.

## Eareckson Air Station

## FA5000-05-C-0001

## MISHAP RESPONSE REPORT

## CDRL B012

March 26, 2006
Revised

_____          _____
**Date**                             **Deputy Station Manager**
                                     **Jim Castle**

CC: 611 ASUS/QA
    3 CONS/LGCX

1. Date and Time of Occurrence: 3/26/06, 0945hrs    Report Number: __01-003____

2. Location of Mishap: Parking lot Building 597, EAS, Shemya Island, Alaska

3. Individual Involved (Name, Grade, Age, Occupation and Department):

   Jose L. Montez, Civilian, 28, Firefighter, Eareckson Air Station Fire Department

4. Civilian or Property Involved (as applicable):

   a. Type: Fire Truck
   b. Make: Pierce
   c. Year: 2005
   d. Model: P-22
   e. Facility: Waste Heat Valve Pit in proximity of Bldg 597
   f. Equipment:

5. Damage:
   a. Estimated Repair Cost: Approximately $55,000
   b. Repair Hours: unknown
   c. Material: Replacement Equipment Storage

6. Description of injury: None

7. Status of Individual (on or off duty): On-duty

8. Synopsis of Mishap (detailed description of incident):

   While returning to quarters from an assigned work detail, Mr. Montez misjudged the location of the concrete Waste Heat Valve Pit in proximity to the vehicle, while attempting to turn the corner of Bldg 597. This resulted in damage to the P-22 Fire Truck on the driver's side. Security performed Vehicle Incident Investigation. The Fire Department then conducted an operational and functionality assessment and the P-22 Fire Truck was determined to be in serviceable condition. The P-22 was taken to Vehicle Maintenance first thing on Monday 3/27/06 and Vehicle Maintenance determined the P-22 is in serviceable condition.

   a. Was Personal Protective Equipment Available and used: The Driver and passengers all had on seat belts.

9. Name of Witnesses and Employers Name

   Chris Barr. Chugach McKinley, Inc, Eareckson Project, Fire Department
   Lee Morton, Chugach McKinley, Inc, Eareckson Project, Fire Department

10. Reported by: _____Vitto Steele, Assistant Fire Chief___

# Alcohol Testing Form (Non-DOT)

*(The instructions for completing this form are on the back of Copy 3)*

## STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN

**A:** Employee Name: **JOSE LUIS MONTEZ**
(Print) (First, M.I., Last)

**B:** SSN or Employee ID No.: **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**

**C:** Employer Name: **CMI**

Street: **SHEMYA /**
**ELMENDORF AFB**

City, ST ZIP: **ANCHORAGE, AK**

DER Name and Telephone No.: **VITO STEELE (907) 392-3445**
DER Name — DER (Area Code & Phone Number)

**D:** Reason for Test: ☐ Random ☐ Reasonable Susp. ☒ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ Pre-employment

```
RBT IU#   010022
DATE  03-26-06
TEST NO.  0102
       ID#
558554220
AS IU#   025295
  SCREENING
G/210L       TIME
.100   AUTO  11:29
```

## STEP 2: TO BE COMPLETED BY EMPLOYEE

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee        Date: **03/26/06** (Month / Day / Year)

## STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT   DEVICE: ☐ SALIVA ☒ BREATH*  15-Minute Wait: ☒ Yes ☐ No

SCREENING TEST: *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

Test #  |  Testing Device Name  |  Device Serial # OR Lot # & Exp. Date  |  Activation Time  |  Reading Time  |  Result

CONFIRMATION TEST: Results MUST be affixed to each copy of this form or printed directly onto the form.

REMARKS: _____

```
RBT IU#   010022
DATE  03-26-06
TEST NO.  0103
       ID#
558554220
AS IU#   025295
 CONFIRMATION
G/210L       TIME
.000   BLANK
.089   AUTO  11:47
  CAL CHECK OK
```

Alcohol Technician's Company: **BEACON OHSS**
Company Street Address: **800 CORDOVA ST.**

PRINT Alcohol Technician's Name: **MICHAEL J. YAGER**
Company City, State, ZIP: **ANCHORAGE, AK.**

Phone Number: **(907) 222-7612**

Signature of Alcohol Technician        Date: **03 26 06**

## STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee        Date: **03/26/06**

471-PS-CS (Rev. 6/01) 8353

**COPY 3 - ALCOHOL TECHNICIAN RETAINS**



**DEPARTMENT OF THE AIR FORCE**
PACIFIC AIR FORCES

31 Mar 06

MEMORANDUM FOR MR. JOSE L. MONTEZ

FROM: 611 ASG/CC
10471 20th St Ste 361
Elmendorf AFB AK 99506-2200

SUBJECT: Order Not to Enter or Reenter 611th Air Support Group (ASG) Installations

1. It has come to my attention that on or about 26 Mar 06, at Eareckson Air Station; you were the vehicle operator involved in a vehicle vs. fixed object accident, resulting in significant damage to a government vehicle. Investigation revealed operator error as the cause of the accident. It was determined that you operated the vehicle while impaired by alcohol.

2. I consider your presence on 611 ASG installations to be detrimental to the maintenance of good order and discipline due to your misconduct. Effective immediately, for a period of 3 years from the date of this letter, you are ordered not to enter or reenter any 611 ASG installation, which includes Alaska Radar System sites, the forward operating locations at Galena and King Salmon, and Eareckson Air Station.

3. If you fail to comply with this order, you will be in violation of Title 18 United States Code, Section 1382 which reads in part, "Whoever reenters or is found within any installation, after having been removed therefrom or ordered not to reenter by any officer or person in command or charge therefore shall be fined under this title or imprisoned not more than 6 months, or both." Should you reenter Eareckson Air Station or any 611 ASG installation without receiving prior approval by me or other competent authority, you will be reported to the appropriate civilian authorities for prosecution.

4. This order will remain in effect for the period prescribed above unless I otherwise modify or revoke it in writing. If you believe a compelling reason exists to justify modification or termination of this order, you may submit your justification to me in writing. Your acknowledgement of receipt is through registered mail, return receipt requested.

JOSEPH M. SKAJA, JR., Colonel, USAF
Commander

cc:
611 ASUS/SF

Morton

## IV. STATEMENT

On 26th of March 2006 I Lee E. Morton was riding in the back seat of a P-22 Engine Vehicle. The driver took a left hand turn at a neccessary speed around a concrete transfer box and soon after that the Engine came to a complete stop. Then the crew dismounted the truck to take a look at what happened, when saw the damages we imediatley notified the correct personel. ////End of Statement////

## V. OATH/SIGNATURE

I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge. LEM

SIGNATURE OF PERSON MAKING STATEMENT

SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this 26 day of March, 2006 (year). LEM

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page _X_ of _X_ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF IMT 1168, 19980401, V2    (REVERSE)    PAGE 2 OF 2 PAGES

LEM



**CHUGACH ALASKA CORPORATION, SUBSIDIARIES, AND JVs VEHICLE INCIDENT INVESTIGATION**

| Company: | CMI | Date of Report: | 3/26/06 |
|---|---|---|---|