

"Kezar Peter S Capt 3 WG/JA" <Peter.Kezar@ELMENDORF.af.mil>
09/12/2006 03:58 PM

To "Kevin McCoy" <Kevin_McCoy@fd.org>
cc <crandon.randell@usdoj.gov>, "Marchand Scott R Civ 3 WG/JA" <Scott.Marchand@ELMENDORF.af.mil>
bcc
Subject RE: Jose Montez

Dear Mr. McCoy,

I will be out of town on temporary duty and leave through Mon 9 Oct. I have forwarded the case file and everything else I have concerning this case to Mr. Randell at the US Attorney's Office. If you have any questions concerning this case, please contact him at the US Attorney's Office at 271-5071. I have provided Mr. Randell your latest discovery request concerning the advisement of the right to an independent blood test. Please contact him if you have any questions or issues concerning this case.

Take care,

Peter

//SIGNED//
PETER S. KEZAR, Capt, USAF
Assistant Staff Judge Advocate
Chief, Adverse Actions
Elmendorf AFB, AK 99506
DSN: 317-552-1861        (commercial) 907-552-1861
FAX (DSN) 317-552-0119   (commercial) 907-552-0119

This communication is privileged as attorney work product and/or attorney-client communication or is protected by another privilege recognized under the law and protected from disclosure under the Freedom of Information Act, 5 U.S.C. § 552. It may also contain individually identifiable information protected from disclosure by the Privacy Act, 5 U.S.C. § 552a. Improper disclosure of protected information could result in civil action or criminal prosecution. Do not distribute, forward, or release without the prior approval of the sender or higher authority.

Exhibit C - Page 1 of 1