UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>           Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**ORDER** |

On consideration of the defendant's unopposed shortened time motion to reschedule the trial;

IT IS HEREBY ORDERED:

The Motion for Consideration to Reschedule the Trial is granted. The September 26, 2006, final pretrial conference and the October 2, 2006, trial dates are vacated. Trial in this matter is rescheduled for October 31, 2006, at 9:00a.m. A final pretrial conference shall be scheduled for October 26, 2006 at 3:00 p.m.

Done at Anchorage, Alaska this 15th day of September, 2006

/s/ Timothy M. Burgess_____
TIMOTHY M. BURGESS
United States District Court Judge