Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**UNOPPOSED MOTION TO SCHEDULE PRETRIAL MOTIONS DEADLINE** |

　　　　Jose L. Montez asks the court for an order establishing a pretrial motions schedule. The district court has continued the trial to October 31, 2006, and it is appropriate to establish a schedule for pretrial motion practice.

　　　　The government does not oppose this request and the parties jointly propose that pretrial motions be filed on October 11, 2006, with responses due on October 18.

　　　　This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 26th day of September 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on September 26, 2006,
a copy of the *Unopposed Motion to
Schedule Pretrial Motions Deadline*
was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

and a copy was hand delivered to:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy