UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>    Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**PROPOSED ORDER** |

On consideration of the defendant's unopposed motion to schedule pretrial motions deadline;

It is hereby ordered that the motion is granted.

Pretrial motions shall be filed on or before October 11, 2006. Responses, if any, shall be filed by October 18, 2006.

DATED this ____ day of September 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE