Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>                Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Kevin F. McCoy, being first duly sworn upon oath deposes and says as follows:

1. I am the attorney for Jose L. Montez.

2. The district court has set trial for October 31, 2006.

3. I am out-of-district from October 3, 2006, through October 9, 2006.

4. The case management clerk has indicated that it is necessary for the parties to approach the court and ask that the pretrial motions schedule be reset.

5.  The parties jointly propose that pretrial motions be due on October 11, 2006, and that responses be due on October 18, 2006.

6.  On September 26, 2006, I spoke with Assistant U.S. Attorney Crandon Randell. Mr. Randell is covering for Captain Peter S. Kezar who is temporarily unavailable.

7.  Mr. Randell indicated that the government endorses this proposal.

8.  Accordingly, Mr. Montez asks that a pretrial motions schedule be established that requires pretrial motions to be filed by October 11, 2006, with responses due by October 18, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 26th day of September 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Jose L. Montez*
Case No. 3:06-cr-0052-TMB

Certification:
I certify that on September 26, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

and a copy was hand delivered to:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy