UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>             Defendant. | Case No. 3:06-cr-00052-TMB-JDR<br><br>**ORDER REGARDING<br>PRETRIAL MOTIONS**<br>(Docket No. 21) |

On consideration of the defendant's unopposed motion to schedule pretrial motions deadline;

It is hereby ordered that the motion is granted in part.

Pretrial motions shall be filed on or before October 4, 2006. Responses, if any, shall be filed by October 11, 2006.

DATED this 26th day of September 2006, in Anchorage, Alaska.

           /s/ John D. Roberts
           JOHN D. ROBERTS
           U.S. MAGISTRATE JUDGE