Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JOSE L. MONTEZ,<br><br>                    Defendant. | Case No. 3:06-cr-0052-TMB<br><br>***IN LIMINE* MOTION TO EXCLUDE BREATH TEST EVIDENCE, OR, IN THE ALTERNATIVE, REQUEST FOR *DAUBERT* HEARING** |

   Jose Montez asks this court for an *in limine* order excluding breath test evidence at trial.  In the alternative, Mr. Montez asks for a pretrial evidentiary hearing to determine admissibility of this evidence pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

   This motion is submitted pursuant to Fed.R.Crim.P. 12(b), D.Ak.L.Crim.R. 47.1 and is based upon the Fifth Amendment, the Sixth Amendment, Fed.R.Evid. 702 and upon the memorandum of law filed herewith.

DATED at Anchorage, Alaska this 2nd day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on October 2, 2006,
a copy of the *In Limine Motion to Exclude Breath Test Evidence, Or, in the Alternative, Request for Daubert Hearing* was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

and a copy was hand delivered to:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy