UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S *IN LIMINE* MOTION TO EXCLUDE BREATH TEST EVIDENCE, OR, IN THE ALTERNATIVE, REQUEST FOR *DAUBERT* HEARING** |

After due consideration of the Defendant's *in Limine* Motion to Exclude Breath Test Evidence, or, in the Alternative, Request for *Daubert* Hearing, the motion is GRANTED. The breath test evidence is hereby excluded;

　　　Or, in the alternative,

　　　A *Daubert* hearing is hereby scheduled for _____, 2006, at \_\_\_\_\_ \_\_\_.m.


　　　DATED this \_\_\_\_\_ day of October 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE