# Alcohol Testing Form (Non-DOT)

*(The instructions for completing this form are on the back of Copy 3)*

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

A: Employee Name: **JOSE LUIS MONTEZ**
   (Print) (First, M.I., Last)

B: SSN or Employee ID No.: **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**

C: Employer Name: **CMI**

   Street: **SHEMYA /**
   **ELMENDORF AFB**

   City, ST ZIP: **ANCHORAGE, AK**

   DER Name and Telephone No.: **VITO STEELE (907) 392-3445**
   DER Name                     DER (Area Code & Phone Number)

D: Reason for Test: ☐ Random ☐ Reasonable Susp. ☒ Post-Accident ☐ Return to Duty ☐ Follow-up ☐ Pre-employment

```
RBT IU#  010022
DATE  03-26-06
TEST NO. 0102
    ID#
558554220
AS IU#   025295
  SCREENING
G/210L      TIME
.100   AUTO 11:29
```

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee: [signature]   Date: **03/26/06**

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

TECHNICIAN: ☒ BAT ☐ STT   DEVICE: ☐ SALIVA ☒ BREATH   15-Minute Wait: ☒ Yes ☐ No

SCREENING TEST: (For BREATH DEVICE write in the space below only if the testing device is not designed to print.)

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|---|---|---|---|---|---|
| | | | | | |

CONFIRMATION TEST: Results MUST be affixed to each copy of this form or printed directly onto the form.

REMARKS: _____

```
RBT IU#  010022
DATE  03-26-06
TEST NO. 0103
    ID#
558554220
AS IU#   025295
  CONFIRMATION
G/210L      TIME
.000   BLANK
.089   AUTO 11:47
CAL CHECK OK
```

Alcohol Technician's Company: **BEACON OHSS**
Company Street Address: **800 CORDOVA ST,**
(PRINT) Alcohol Technician's Name (First, M.I., Last): **MICHAEL J. YAGER**
Company City, State, ZIP: **ANCHORAGE, AK.**
Phone Number (Area Code & Number): **(907) 222-7612**

Signature of Alcohol Technician: [signature]   Date: **03 26 06**

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee: [signature]   Date: **03/26/06**

471-PS-CS (Rev. 6/01) 8383

**COPY 3 - ALCOHOL TECHNICIAN RETAINS**