NELSON P. COHEN
United States Attorney

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0052-TMB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ENTRY OF APPEARANCE |
| v. | ) | |
| | ) | |
| JOSE L. MONTEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      COMES NOW the United States by and through counsel and hereby gives notice that Assistant U.S. Attorney Crandon Randell now appear as co-counsel with Peter Kezar for the for Plaintiff United States of America in the above-entitled action. All future correspondence in this matter should also be sent to:

CRANDON RANDELL
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: crandon.randell@usdoj.gov


  RESPECTFULLY SUBMITTED this 11th day of October, 2006, at Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney

            s/ Crandon Randell
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, #9, Room 253
            Anchorage, Alaska  99513-7567
            Phone: (907) 271-5071
            Fax: (907) 271-1500
            E-mail: crandon.randell@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2006
a copy of the foregoing was served electronically on:

Kevin McCoy
Peter Kezar

s/ Crandon Randell