```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  JOSE MONTEZ                CASE NO. 3:06-CR-00052-TMB
Defendant:  X Present-Telephonic   X On Summons

BEFORE THE HONORABLE:      TIMOTHY M. BURGESS

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID

UNITED STATES' ATTORNEY:   PETER KEZAR / CRANDON RANDELL

DEFENDANT'S ATTORNEY:      KEVIN MCCOY

PROCEEDINGS: STATUS CONFERENCE Held 10/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:30 p.m. court convened.

Court and counsel heard re Court's disclosure re U.S. Attorney's Office.

Defendant to file decision re Court's participation and trial date by **Wednesday, October 18, 2006**.

At 1:37 p.m. court adjourned.

DATE:   October 13, 2006         DEPUTY CLERK'S INITIALS: SCD