Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>               Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**NOTICE REGARDING JUDICIAL ASSIGNMENT** |

       Jose L. Montez has no objection to this matter being assigned to the Honorable Timothy M. Burgess.

       DATED at Anchorage, Alaska this 18th day of October 2006.

       Respectfully submitted,

       s/Kevin F. McCoy
       Assistant Federal Defender
       Alaska Bar No. 7705042
       601 West Fifth Avenue, Suite 800
       Anchorage, AK 99501
       Phone:     907-646-3400
       Fax:       907-646-3480
       E-Mail:    kevin_mccoy@fd.org


Certification:
I certify that on October 18, 2006,
a copy of the *Notice Regarding Judicial Assignment* was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy