Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:06-cr-0052-TMB |
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME FOR ORDER CONTINUING TRIAL BY 45 DAYS** |
| JOSE L. MONTEZ, | |
| Defendant. | |

Jose L. Montez asks this court for an order on shortened time continuing trial in this matter by 45 days.  A continuance is necessary so that the pending *Daubert* motion presently referred to the Magistrate Judge can be resolved in an orderly manner.  A continuance is also necessary because the government indicates that it will be calling two expert witnesses.  The expert disclosure requirements imposed on the government by Fed.R.Crim.P. 16(a)(1)(G) (Expert Witnesses) are not yet complete.

At most only 50 days have elapsed under the speedy trial rule.  Time under this request is excluded by 18 U.S.C. §3161(h)(1)(F) (delay resulting in the filing of any pretrial motion)

and by 18 U.S.C. § 3161(h)(8)(A) (ends of justice exception because percipient witnesses in extremely remote location).

This motion is submitted pursuant to the Fifth Amendment due process clause, D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 18th day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on October 18, 2006,
a copy of the **Motion on Shortened
Time for Order Continuing Trial
by 45 Days** was served electronically
on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy