UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>JOSE L. MONTEZ,<br><br>           Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**PROPOSED ORDER<br>CONTINUING TRIAL** |

On consideration of the defendant's motion to continue trial by 45 days;

It is hereby ordered:

The motion is granted. The trial in this case, currently scheduled for October 31, 2006, shall be continued to _____, 2006, at _____ \_\_\_.m. The final pretrial conference, presently scheduled for October 26, 2006, is rescheduled to _____, 2006 at _____ \_\_\_m.

The court finds that time under the Speedy Trial Rule is excluded under 18 U.S.C. § 3161(h)(1)(F) (delay resulting from the filing of any pretrial motion), and 18 U.S.C. § 3161(h)(8)(A) (ends of justice exception applicable based in this case on the remoteness of the client and the percipient witnesses).

DATED this \_\_\_\_\_ day of October 2006, in Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE