MINUTES OF THE UNITED STATES DISTRICT COURT
                 DISTRICT OF ALASKA

U.S.A. vs. JOSE L. MONTEZ          CASE NO. 3:06-cr-00052-TMB
Defendant:  X Not Present  X On Bond

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         CRANDON RANDELL AND PETER KEZAR

DEFENDANT'S ATTORNEY:            KEVIN MCCOY

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE RE DEFENDANT'S
          MOTION TO EXCLUDE (DKT 25) HELD OCTOBER 19, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:02 p.m. court convened.

Court and counsel heard re defendants non-appearance.

Court and counsel heard re Motion to Exclude at docket 25. Evidentiary Hearing on Motion to Exclude at docket 25 set for **October 25, 2006 at 1:30 p.m.** Briefing due by the close of business on **October 24, 2006.**

At 4:19 p.m. court adjourned.


DATE:     October 19, 2006        DEPUTY CLERK'S INITIALS:   ak