Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOSE L. MONTEZ,<br><br>                    Defendant. | Case No. 3:06-cr-0052-TMB<br><br><br>**MOTION ON SHORTENED TIME FOR ORDER FOR TRANSPORTATION FROM MADERA, CALIFORNIA TO ANCHORAGE, ALASKA** |

COMES NOW THE DEFENDANT, JOSE L. MONTEZ, by and through counsel

Kevin F. McCoy, Assistant Federal Defender, and hereby requests that this court issue an order

directing the United States Marshals to provide noncustodial transportation for the defendant from

his home in Madera, California to Anchorage, Alaska.  Transportation needs to be arranged for Mr.

Montez's arrival in Anchorage, Alaska on Sunday, October 29, 2006, in time to prepare for his trial

scheduled to begin on Tuesday, October 31, 2006, at 9:00 a.m.

The defendant is indigent and has no available funds for transportation.  This request

is made pursuant to 18 U.S.C. §4285.

DATED at Anchorage, Alaska this 23rd day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:          907-646-3400
Fax:             907-646-3480
E-Mail:         kevin_mccoy@fd.org

Certification:
I certify that on October 23, 2006,
a copy of the **Motion on Shortened Time**
**for Order for Transportation from Madera,**
**California to Anchorage, Alaska** was served
electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy