UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>           Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME FOR ORDER FOR TRANSPORTATION FROM MADERA, CALIFORNIA TO ANCHORAGE, ALASKA** |

After due consideration of the defendant's Motion on Shortened Time for Transportation From Madera, California to Anchorage, Alaska, IT IS HEREBY GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service is directed to provide transportation for defendant JOSE L. MONTEZ from Madera, California to Anchorage, Alaska on Sunday, October 29, 2006, to prepare for his trial scheduled to begin on Tuesday, October 31, 2006, at 9:00 a.m.

DATED this _____ day of October 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE