Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>    Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**NOTICE OF FILING** |

   Please take notice that JOSE MONTEZ files the attached Consent to Proceed in Defendant's Absence.  (*See* Exhibit A)

   DATED at Anchorage, Alaska this 24th day of October 2006.

        Respectfully submitted,

        s/Kevin F. McCoy
        Assistant Federal Defender
        Alaska Bar No. 7705042
        601 West Fifth Avenue, Suite 800
        Anchorage, AK 99501
        Phone:  907-646-3400
        Fax:   907-646-3480
        E-Mail:  kevin_mccoy@fd.org

<u>Certification</u>:
I certify that on October 24, 2006,
a copy of the *Notice of Filing* was
served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy