Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**CONSENT TO PROCEEDINGS IN DEFENDANT'S ABSENCE** |

Jose L. Montez, having been advised of his right to be personally present at the evidentiary hearing on his *in limine* motion to exclude breath test results, in the above-styled matter, hereby consents to this hearing proceeding in his absence pursuant to the provisions of Fed.R.Crim.P. 43(b)(2), which authorizes proceedings in the defendant's absence.

Dated at Madera, California, this 24 day of October 2006.

_____
JOSE L. MONTEZ

Exhibit A - Page 1 of 1