TO: THE RECORD

DATE: January 2, 2006

PHONE: 269-5740

SUBJECT: Breath Alcohol Instrument Certification

FROM: Chris Beheim
Scientific Director
Statewide Breath Alcohol Program
Scientific Crime Detection Laboratory
Department of Public Safety

MEMORANDUM TO THE RECORD last revised December 16, 1999, subject as above, is revised herein.

In accordance with Forensic Alcohol Testing regulations 13 AAC 63.010 - 13 AAC 63.900 for the Breath and Blood Alcohol Testing Program, the following breath alcohol instruments are certified for evidentiary purposes:

Datamaster cdm

MTR.1