Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 3:06-cr-52 |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **NOTICE OF INTENT TO CALL** |
| vs. ) | **EXPERT WITNESS** |
| ) | |
| JOSE L. MONTEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF INTENT TO CALL EXPERT WITNESS

The United States of America, by and through its undersigned attorney, hereby provides notice in the above-captioned case that the United States of America intends to call Officer Donald Mann, Anchorage Police Department, (907) 343-6407, as an expert witness. This expert has written no reports related to this case. A copy of his curriculum vitae is attached to this notice.

The summary of the expected testimony of Officer Mann required under Fed.R.Crim.P. 16(a)(1)(G) is as follows: If the Defendant was drinking the night before the incident, it is entirely possible that he stopped drinking at midnight, or even before midnight, never had another drop of alcohol, and rendered a valid .100 reading of alcohol concentration at 11:30 a.m. the morning of the

incident and a valid .089 reading at 11:47 a.m. that same morning.

Support of Officer Mann's testimony may include further expert testimony from him on any of the following:

1. The definition of alcohol and an explanation of its physical and chemical properties and characteristics.

2. The relationship of alcohol in the breath to alcohol in the human body.

3. How alcohol affects the human central nervous system.

4. How the effects of alcohol in the body affect an automobile driver.

5. Discuss metabolism of alcohol within the human body to include absorption and elimination of alcohol, plus the related physiology, pharmacology and toxicology.

6. The alcohol concentration that the defendant would have had at the time he was stopped by personnel at Eareckson Air Station based upon the alcohol concentration at the time of the breath tests and any other relevant information which may be provided to the expert during trial.

7. Whether the degree of alcohol impairment of a person can be determined by the amount of alcohol that person has consumed.

8. Whether the degree of alcohol impairment of a person can be determined by the strength of alcohol aroma that is present on the person's breath.

9. The significance of the presence or absence of the odor/aroma of alcohol on the defendant's breath and the difference between the odor of alcohol and an alcoholic beverage.

10. That a breath or blood analysis accurately reflects the degree of impairment of a

-2-

person.

11. Explain partition coefficients used to correlate breath and blood alcohol results.

12. The meaning of a breath/blood alcohol concentration result, such as the one in this case.

13. That a person who has a breath/blood alcohol test result similar to that of defendant's in this case is under the influence of, and is impaired by, alcohol.

14. That the ability of a person to safely operate a vehicle with a breath/blood alcohol content greater than .04 is impaired, which may include a discussion of scientific studies relating breath/blood alcohol concentration levels to impairment.

15. Explain the phenomenon called "Hysteresis" as it relates to alcohol impairment.

16. Explain the "Melanby Effect" as it relates to alcohol impairment.

17. The number of drinks (ounces of 100 proof alcohol) the defendant would have to consume to reach the alcohol concentration alleged in this case.

18. Explain what a DataMaster or Intoximeter is and how it works, and that the DataMaster or Intoximeter is a precise, accurate and reliable method of measuring the alcohol concentration of a person's breath.

19. The pre-test procedures used to ensure that a breath test result is accurate, which may include a discussion of the physiology allowing alcohol to enter breath as this relates to pre-test procedures.

20. The relative precision and accuracy of the DataMaster or Intoximeter, including a discussion of the scientific studies supporting this type of technology.

21. Explain the information provided on the DataMaster or Intoximeter printout provided

-3-

in this case as well as the Verification of Calibration Reports.

22. Electronic diagnosis and repair, calibration and certification, plus calibration verification procedures for the DataMaster or Intoximeter.

23. DataMaster or Intoximeter requirements for provision of an adequate breath sample for analysis.

24. Discuss quality assurance procedures the DataMaster or Intoximeter uses to insure the integrity and validity of the breath sample analysis and test results.

25. Any other relevant matter which develops or becomes probative at trial and on which the expert is qualified to render an opinion.

DATED at Anchorage, Alaska this 19th day of October, 2006.

NELSON P. COHEN
UNITED STATES ATTORNEY

By: _____
PETER S. KEZAR, Capt, USAF
Special Assistant United States Attorney

-4-