Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         vs.<br><br> JOSE L. MONTEZ,<br><br>                              Defendant. | Case No. 3:06-cr-0052-TMB<br><br><br>**JOSE MONTEZ'S PROPOSED<br>VOIR DIRE QUESTIONS** |


Jose Montez requests the court to ask prospective jurors the following questions concerning their eligibility to serve at her trial.

## I.
### BURDEN OF PROOF QUESTIONS

1.      You have probably heard the phrase "proof beyond a reasonable doubt" in connection with criminal cases.  Do you think that it is fair or unfair to require the government to prove its cases beyond a reasonable doubt?  Why?

2.      The law requires various levels of proof depending on the importance of the issue to be decided.  For instance, the plaintiff in a civil case must convince you by a

preponderance of the evidence, *i.e.*, more likely than not, that his or her claims are true.  In a criminal case, because personal freedom is at stake, the law sets a much higher burden of proof. In a criminal case, the plaintiff must convince you beyond and to the exclusion of all reasonable doubt that each and every element of the crime charged is true before you can return a verdict of guilty.  Do you understand the distinction?  Do you agree or disagree with the distinction?

3.      What would you do if you thought the accused person was probably guilty, but that the government had not convinced you of his guilt beyond a reasonable doubt?

4.      Do you understand that a reasonable doubt can arise not only from the evidence produced, but also from the failure by the government to produce evidence?

5.      Do you realize that before you can return a verdict of guilty, the government must prove beyond a reasonable doubt each and every essential element of crime charged in the indictment?

## II.
## PRESUMPTION OF INNOCENCE QUESTIONS

6.      The law presumes that Mr. Montez is innocent of the charges the government has levied against him.  The presumption of innocence alone is enough to acquit.  Are there any among you that will not or can not follow that instruction?

7.      Are you open to the possibility that an innocent person can be accused of a crime?

8.      Are any of you aware of circumstances where an innocent person has been accused of a crime?  How did you become aware of those circumstances?

9.    Do you believe that people, acting in good faith, can mistakenly accuse someone of something they did not do?  Why do you think that happens?

10.    Do you believe that police and prosecutors, acting in good faith, can mistakenly accuse someone of something they did not do?  Why do you think that happens?

11.    Do you understand that the presumption of innocence requires a not guilty verdict unless the plaintiff is able to prove each and every element of the offense beyond a reasonable doubt?

### III.
### QUESTIONS DIRECTED TOWARD POTENTIAL BIAS

12.    Is there any member on the panel who does not know how to drive a car? If you do not know how to drive a car, do you think you will have trouble evaluating evidence of driving in this case?

13.    Is there any member of the panel who belongs to or is close to someone who belongs to Mother's Against Drunk Driving or other similar organizations?  Please explain.

14.    Is there any member of the panel who belongs to any church or other organization that believes that alcohol should not be consumed?  Please explain.

15.    Is there any member of the panel who individually or in association with others has ever opposed the manufacture or sale of alcoholic beverages?  Please explain.

16.    Is there any member of the panel, who individually or in association with others has actively supported or otherwise advocated to strengthen the laws against alcohol-related offenses such as driving under the influence of alcohol?  Please explain.

17.    Is there any member of the panel whose life has been adversely affected by alcohol in any manner?  Please describe.

18.    Has any member of the panel been involved in an automobile accident?  Please explain.

19.    Is there any member of the panel who is close to someone who suffers from alcoholism?  Please explain.

20.    Is there any member of the panel who is close to someone who works for law enforcement?  Please explain.

21.    Is there any member of the panel who is close to someone who works for an automobile insurance company?  Please explain.

## IV.
## SPECIFIC OFFENSE/DEFENSE QUESTIONS

22.    In this case, the government claims that Mr. Montez drove a motor vehicle while under the influence of alcohol.  Is there anything about the nature of this case that would prevent any member of the panel from judging this matter fairly?

23.    Is there any member of the panel who has experience with breath testing equipment?  Please explain.

24.    Is there any member of the panel who holds an opinion regarding the accuracy of breath testing equipment as we sit here this morning?  Please explain your opinion.

25.    Are you open to the possibility that the breath testing equipment in this case was inaccurate?

26.     Are you willing to consider the possibility that the breath testing equipment used in this case could malfunction?

27.     Are you open to the possibility that Mr. Montez did not drive a motor vehicle while under the influence of alcohol in this case?

28.     Are you open to the possibility that Mr. Montez is not guilty of the charge levied against him by the government in this case?

29.     Are you open to the possibility that the government's decision to charge Mr. Montez with driving a motor vehicle while under the influence of alcohol might be mistaken?

DATED at Anchorage, Alaska this 24th day of October 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
Alaska Bar No. 7705042
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on October 24, 2006,
a copy of *Jose Montez's Proposed
Voir Dire Questions* was served
electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Kevin F. McCoy

*United States v. Jose L. Montez*
Case No. 3:06-cr-0052-JDR                                          Page 5