Section B. Performance

Drug-Free Workplace

<u>Policy: B-2</u>

Chugach complies with the "Drug-Free Workplace Act of 1988". Chugach has an obligation to its employees, clients and the public at large to reasonably ensure safety in our workplace. Consequently, the following are <u>strictly prohibited</u>: Manufacture, use, possession, sale, purchase, transfer or being under the influence of alcoholic beverages, illegal drugs or other intoxicants at any time on company premises. Designated company sponsored events, approved by the Project Manager of the company, will be exempt from the alcohol use and possession prohibition. Employees consuming alcohol during any company-sponsored events must practice moderate consumption.

**Procedure**

A. If infractions occur under this policy, the procedures outlined in Section B, Performance, Policy B-7, Discipline, will be followed.

B. In accordance with the "Drug-Free Workplace Act of 1988", any employee involved in federal contract-related work (where the federal contract is $25,000 or more), who receives a criminal conviction for a drug violation occurring in the workplace, must notify the employer within five days of the conviction. When Chugach receives such a notification, appropriate action must be taken up to and including termination. The employee may be required to participate satisfactorily in a rehabilitation program approved by a federal, state or local health, law enforcement or other appropriate agency. Chugach must also notify the contracting government agency within ten days after receiving notice of such employee convictions.

C. Rules published in the Omnibus Transportation Employee Testing Act of 1991 by the Federal Highway Administration (FHWA) and by the U.S. Department of Transportation (DOT) in February 1994 require alcohol and drug testing of safety-sensitive employees who drive commercial motor vehicles requiring a Commercial Driver's License (CDL).

The following drug and alcohol testing program requirements apply:

A. **Pre-employment:** Drug test results must be received before the new employee is hired when required as a condition of employment.

B. **Post-accident:** Drug and alcohol tests after all workplace accidents when required by written drug and alcohol testing or contractual requirements.

C. **Reasonable Suspicion:** Conducted when two trained supervisors or company officials observe behavior or appearance that is believed to be characteristic of substance abuse.

D. **Random:** Conducted on a random, unannounced basis to all holders of Commercial Driver's Licenses. In addition, when an employee is returned to duty after a rehabilitation process, the company may require the employee to submit to random drug and alcohol tests as directed.

E. **Formal Written Program:** When a formal written drug and alcohol testing program exists, it will be the primary reference for administering drug and alcohol testing.

```
                                                              Exhibit 1
```