# CHUGACH MCKINLEY, INC. – Shemya

## DRUG-FREE WORKPLACE NOTICE

## ALCOHOL/DRUG TESTING INFORMATION

## SEXUAL HARASSMENT POLICY

## EQUAL EMPLOYMENT OPPORTUNITY

## AFFIRMATIVE ACTION PROGRAM

**ATTENTION: APPLICANTS AND EMPLOYEES OF CHUGACH MCKINLEY, INC.**

As a government contractor, Chugach McKinley, Inc. is required by law to ensure its workplace is free of alcohol or illegal drugs.

Please understand should an offer of employment be extended to you, you may then be required to submit to urinalysis drug screening as a condition of employment with Chugach McKinley, Inc.. In the event you begin working prior to the company's receipt of the results of such screen, be advised your employment will be terminated should the test reveal positive results. While employed, it is Chugach McKinley, Inc. policy that employees shall not be involved in the use, possession, sale, manufacture or transfer of illegal drugs or alcohol in any manner while on duty or within such time prior to going on duty that the presence of such substances may affect their ability to perform assigned duties or otherwise adversely affect the company and/or its business. Please also understand that as a condition of employment you must abide with the terms of Chugach McKinley, Inc. substance abuse and testing policies and that you must notify your supervisor of any conviction for a drug violation within five (5) days after such conviction.

Chugach McKinley, Inc. condemns sexual harassment in the workplace and acknowledges that such conduct violates Title VII. Sexual harassment of any type may be grounds for immediate and appropriate disciplinary action.

Chugach McKinley, Inc. is firmly committed to prohibiting discrimination on the basis of race, color, sex, age, religion, national origin, sexual orientation, disabled status, veteran status or political affiliation or belief throughout the employment process, from selection through termination. The company is also committed to an affirmative action program, which will ensure fair employment practices in all company operations. Each member of management is responsible for understanding, communicating and strictly enforcing this policy.

Signature: _[signed]_    Date: 5-10-05

Exhibit 2