**Chugach McKinley, Inc. – SHEMYA**
**Receipt & Acknowledgment of Employee Manual**

This employee manual is an important document intended to help you become acquainted with Chugach. This manual will serve as a guide; it is not the final word in all cases. Individual circumstances may call for individual attention.

Because the general business atmosphere of CHUGACH and economic conditions are always changing, the contents of this manual may be changed at any time at the discretion of the company. No changes in any benefit, policy or rule will be made without due consideration of the mutual advantages, disadvantages, benefits and responsibilities such changes will have on you as an employee and on CHUGACH.

Please read the following statements and sign below to indicate your receipt and acknowledgment of the CHUGACH Employee Manual.

- I have received and read a copy of the CHUGACH Employee Manual as indicated by my signature below. I understand the policies in it are subject to change at the sole discretion of the company at any time.

- I further understand that my employment is terminable at will, either by myself or CHUGACH, regardless of the length of my employment or the granting of benefits of any kind.

- I understand that no contract of employment other than "at will" has been expressed or implied, and that no circumstances arising out of my employment will alter my "at will" employment relationship unless expressed in writing, with the understanding specifically set forth and signed by myself and the President of CHUGACH.

- I am aware that during the course of my employment confidential information will be made available to me, i.e., customer lists, pricing policies and other related information. I understand that this information is critical to the success of the company and must not be disseminated or used outside of CHUGACH premises. In the event of termination of employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.

- I understand that all work products generated by me during my employment with CHUGACH is "work for hire" and the property of CHUGACH. This includes, but is not limited to, written documents, spreadsheets, and computer programs, regardless of whether such work products bear an official trademark of CHUGACH.

_Jose L. Montez_    5-10-05
Employee's Printed Name / Signature    Date

The signed original copy of this agreement should be given to Human Resources to be filed in your personnel file.

Exhibit 3