Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06-cr-52 (TMB) |
| Plaintiff, | ) | |
| vs. | ) | **TRIAL BRIEF** |
| JOSE L. MONTEZ, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned counsel, and submits this Trial Brief.

## Statement of the Case

The Defendant, Mr. Jose L. Montez, is charged with driving under the influence of alcohol, which resulted in Defendant damaging a fire truck on the remote Aleutian island of Shemya, in violation of 18 U.S.C. section 13(a); 18 U.S.C. Section 7(3), and; AS 28.35.030. The fire truck has been out of service

since the incident and had to be airlifted off the island for repair. The violation occurred on March 26, 2006.

Shemya Island is where Eareckson Air Station is located. The Island has reconverted from a base for air action against an enemy, to become, with Attu, the western most outpost in a group designed to protect the United States from invasion through the northeast Pacific area, Alaska and Canada. Shemya is located near the western end of the Aleutian chain, roughly 1500 miles from Anchorage, Alaska. The island of Attu is just to the northwest, while Agattu is just off to the west. On March 31st, 1995, after 50 years of being a haven for U.S. military and military support personnel, Shemya was turned over to caretaker status to be operated by a DoD contractor. The Island is now a strategic refueling stop for military aircraft as well as link in the United State's long-range early warning radar system.

The Air Force now contracts with Chugach McKinley, Inc., to provide and supply essential functions for the base, such as, among other things, power, security, food service, billeting, and fire protection. The professional fire department is staffed by approximately 30 firefighters, including two assistant fire chiefs, and the fire chief. As conditions for their employment, firefighter employees agree that they will submit to drug and alcohol testing in any job related "post accident" situation.

After forcefully maneuvering a fire truck into a rather large concrete structure at around 9:30 a.m., the Defendant and his two co-workers reported the incident. Within approximately two hours the Defendant reported to the base clinic to take his mandatory and agreed upon breathalyzer test. At 11:29 a.m., after following rigid testing procedures, the Defendant blew a 0.100. After following rigid testing procedures a second time, the defendant blew a 0.089 at 11:47 a.m. These results were duly recorded on the Alcohol Testing Form employed by the clinic, and produced to the Defendant in discovery.

### Witnesses

The Government intends to call one of the Defendant's co-workers in the fire truck with him, the fire chief, the assistant fire chief on duty, two of the medics at the lab when the Defendant reported for the alcohol test, and an expert witness on alcohol toxicology and physiology.

### Evidence

Evidence will include pictures of the fire truck and scene of the incident, any reports related to the Defendant's alcohol concentration around the time of the incident, any reports related to the breathalyzer utilized to measure the Defendant's Alcohol concentration, and any evidence or documents relevant to addressing any issues raised by the Defendant or otherwise developed at trial.

## Unresolved Legal Issues

Currently unresolved is a *Daubert* hearing scheduled for October 25, 2006 on the reliability of the breathalyzer device utilized and possibly other expert testimony intended to be offered. Also outstanding is the Defendant's motion to continue trial for 45 days. All parties are presently awaiting the court's ruling on this motion.

## Defendant's Statements

There are no post-arrest statements made by the Defendant that the government intends to introduce because there was never an arrest by law enforcement authorities.

RESPECTFULLY SUBMITTED this 25th day of October, 2006, at Anchorage, Alaska.

DATED at Anchorage, Alaska this 25th day of October, 2006.

NELSON P. COHEN
UNITED STATES ATTORNEY

By: _____
PETER S. KEZAR, Capt, USAF
Special Assistant United States Attorney