Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06-cr-52 (TMB) |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS** |
| JOSE L. MONTEZ, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel and requests that the Court instruct the jury in accordance with the following list of jury instructions from the Manual of Model Criminal Jury Instructions for the Ninth Circuit (2003 Edition), unless otherwise indicated, and from the separate instruction attached hereto, as well as those, if any, to be submitted under separate cover:

    1.1        Duty of Jury

    1.2        The Charge - Presumption of Innocence

| | |
|---|---|
| 1.3 | What is Not Evidence |
| 1.4 | What is Evidence |
| 1.5 | Evidence for Limited Purpose |
| 1.6 | Direct and Circumstantial Evidence |
| 1.7 | Ruling on Objections |
| 1.8 | Credibility of Witnesses |
| 1.9 | Conduct of the Jury |
| 1.10 | No Transcript Available to Jury |
| 1.11 | Taking Notes |
| 1.12 | Outline of Trial |
| 2.1 | Cautionary Instruction - First Recess |
| 2.2 | Bench Conference and Recesses |
| 2.5 | Judicial Notice |
| 2.10 | Other Crimes, Wrongs, or Acts Evidence |
| 3.1 | Duties of Jury to Find Facts and Follow Law |
| 3.2 | Charge(es) Against Defendant Not Evidence-Presumption of Innocence-Burden of Proof |
| 3.3 | Defendant's Decision Not to Testify |
| 3.5 | Reasonable Doubt-Defined |

| | |
|---|---|
| 3.6 | What Is Evidence |
| 3.7 | What is Not Evidence |
| 3.8 | Direct and Circumstantial Evidence |
| 3.9 | Credibility of Witnesses |
| 3.10 | Evidence of Other Acts of Defendant or Acts and Statements of Others |
| 4.17 | Opinion Evidence, Expert Witness |
| 7.1 | Duty to Deliberate |
| 7.2 | Consideration of Evidence |
| 7.3 | Use of Notes |
| 7.4 | Jury Consideration of Punishment |
| 7.5 | Verdict Form |

DATED at Anchorage, Alaska this 25th day of October, 2006.

NELSON P. COHEN
UNITED STATES ATTORNEY

By: /s/
PETER S. KEZAR, Capt, USAF
Special Assistant United States Attorney

INSTRUCTION NO. 1

The Defendant **Jose L. Montez** is charged with one count of driving under the influence of alcohol in violation of 18 United States Code section 13(a); 18 United States Code section 7(3), and; Alaska Statute 28.35.030. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

**First**, that the Defendant was operating or driving a motor vehicle, <u>and</u>;

**Second**, that the Defendant operated or drove the motor vehicle while under the influence of an alcoholic beverage, intoxicating liquor, inhalant, or any controlled substance, singly or in combination, <u>or</u> if as determined by a chemical test taken within four hours after the operating or driving, there is 0.08 percent or more by weight of alcohol in the person's blood or 80 milligrams or more of alcohol per 100 milliliters of blood, or if there is 0.08 grams or more of alcohol per 210 liters of the person's breath.

The United States does not have to prove any intent or knowledge on the part of the Defendant that he was driving under the influence of alcohol.

Authority: Alaska Statute 28.35.030.