Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06-cr-52 (TMB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **GOVERNMENT'S PROPOSED VOIR** |
| vs. | ) | **DIRE** |
| | ) | |
| JOSE L. MONTEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

COMES NOW Plaintiff, United States of America, and requests that the Court ask

the following questions of the trial venire:

      1.      Do any of you know or are you personally acquainted with any of the

defendants, or any member of the defendants' family?

      a.      If so, what is the nature of the relationship? Is it a close

relationship? Would the relationship tend to make you feel

sympathetic toward the defendant? Would the relationship affect your

ability to sit as a fair and impartial juror in this case?

2.     Do you personally know or have a personal relationship with any of the attorneys representing either party in this case?

    a.     If so, what is the nature of that relationship?

3.     Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal law?

4.     Has anyone seen or heard anything about this case prior to coming to the Court?

    a.     Does anyone have any personal knowledge of the facts concerning the charges against any of the defendant?  If so, do you feel that you can put aside what you have seen or heard and render a verdict based solely upon the evidence which you will see and hear in court?

5.     Have any of you been closely associated with anyone who has been the subject of a legal action involving law enforcement or any agency of the United States of America, or who has been prosecuted for any federal or state offense?

    a.     If so, what is your relationship with that person or persons?

    b.     What was the disposition of the case?

    c.     Do you think the disposition was fair and proper?

    d.     Was there anything about that proceeding that you found upsetting or troubling?

6.   Have you or any member of your family or friends ever experienced what you consider unfair treatment by any law enforcement officer?

    a.   If so, would that experience in any way affect your ability to sit as a fair and impartial juror to consider the issues of this case?

7.   Have you or any close friends or relatives been arrested for or been a victim of any crime?

    a.   If so, would such an experience make it difficult for you to sit as a fair and impartial juror to consider the issues in this case?

8.   Have you ever served on a jury before? If so, what kind of case? Was there anything that the parties or witnesses did that you did not like that would affect your serving as a juror in this case?

9.   Do any of you suffer from any type of ailment which would make it difficult for you to sit as a juror in this case?

10.  Will jury service by you in this case unduly interfere with your personal or business affairs more than the average person?

12.  Will you be able to follow the law that the court gives you even though you may not personally agree with it? (i.e., suppose after hearing my instructions on the law, you decide that you do not like them. Will you still follow the law, and be able to uphold them even though you personally disagree with them?)

13.   In this case, the government is alleging that the Defendant drove a fire truck at Eareckson Air Station on the island of Shemya, Alaska while under while under the influence of alcohol.  Do any of you feel that the government, whether state or federal, should not involve itself in prosecuting DUIs as long as defendants don't hurt anybody, or that it is a personal matter in which the government has no business?  That it is a matter of personal privacy, and the government should use its resources elsewhere?

14.   Does anyone believe that if a DUI defendant has experienced inconveniences, such as being fired and other things, that this person has gone through enough and therefore shouldn't be prosecuted?

15.   Does anyone here know anyone who's died because of an accident involving a drunk driver?

   a.   Can you set aside that case and your feelings about drunk drivers and look fairly and objectively of the facts of this case?

16.   Does everyone here understand the difference between findings and sentencing, and that the first part of this trial is findings, and if you find the Defendant guilty, we then move into sentencing?

   a.   Can everyone fairly and objectively look at the facts of the case and decide guilty or not guilty in the findings phase without

being influenced by how you may feel about a potential

punishment in the sentencing phase?

14.     Is there any other reason which may not have been touched upon by the

Court in its questions to you which might affect your ability to act as a fair

and impartial juror in this case?

DATED at Anchorage, Alaska this _25_ day of _____October_____, 2006.

NELSON P. COHEN
UNITED STATES ATTORNEY

By: _____

PETER S. KEZAR, Capt, USAF
Special Assistant United States Attorney