Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:06-cr-52 (TMB) |
| | ) |
| Plaintiff, | ) |
| | ) MOTION TO ALLOW ONE DAY |
| vs. | ) DELAY IN FILING |
| | ) GOVERNMENT'S TRIAL |
| JOSE L. MONTEZ, | ) BRIEF, PROPOSED JURY |
| | ) INSTRUCTIONS, AND |
| Defendant. | ) PROPOSED VOIR DIRE |
| | ) |
| _____ | ) |

## MOTION TO ALLOW ONE DAY DELAY IN FILING GOVERNMENT'S TRIAL BRIEF, PROPOSED JURY INSTRUCTIONS, AND PROPOSED VOIR DIRE

The United States moves this honorable Court to allow a one day delay in the Government's filing of its trial brief, proposed jury instructions, and proposed voir

1

dire. This delay is attributable to the undersigned attorney's continuing mission-related duties as a Judge Advocate General for the Air Force, including a base-wide exercise the previous week which required working nights, as well as the fact that the undersigned attorney was unaware of the rule requiring filing one week prior to trial due to this being his first prosecution of a contested case in US District Court.

The undersigned attorney learned of this rule in discussions with the US Attorney's Office at the end of the day on October 24, 2006, when the above mentioned documents were due, and immediately got to work and accomplished these filings the next day.

DATED this 25th day of October, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney