Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:06-cr-52 (TMB) |
| | ) |
| Plaintiff, | ) |
| | ) **PROPOSED ORDER** |
| vs. | ) **ALLOWING ONE DAY DELAY** |
| | ) **IN FILING GOVERNMENT'S** |
| JOSE L. MONTEZ, | ) **TRIAL BRIEF, PROPOSED** |
| | ) **JURY INSTRUCTIONS, AND** |
| Defendant. | ) **PROPOSED VOIR DIRE** |
| | ) |
| _____ | ) |

On consideration of the Government's motion to allow one day delay in filing Government's trial brief, proposed jury instructions, and proposed voir dire;

It is hereby ordered.

The motion is granted.

DATED this \_\_\_\_ day of October 2006, in Anchorage, Alaska.

_____
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE

1