Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 3:06-cr-52 (TMB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **WITHDRAWAL OF MOTION AT** |
| vs. | ) | **DOCKET # 64** |
| | ) | |
| JOSE L. MONTEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**WITHDRAWAL OF MOTION AT DOCKET # 64**

   The United States, through its undersigned attorney, hereby withdraws its Motion to Allow One Day Delay in Filing Government's Trial Brief, Proposed Jury Instructions, and Proposed Voir Dire located at Docket # 64 (and <u>not</u> the one located at Docket # 65). The Government inadvertently did not attach a proposed Order to Docket # 64, but did so with Docket # 65.

The United States, therefore, still requests this Honorable Court to consider its motion at Docket # 65.

DATED this 25th day of October, 2006, in Anchorage, Alaska.

*[signature]*

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney