Capt Peter S. Kezar
Special Assistant U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506

Attorney for United States

RECEIVED
OCT 30 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>　　　　Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**SUPERCEDING<br>INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about March 26, 2006, at or near Eareckson Air Station, Alaska, in the District of Alaska, the defendant, JOSE L. MONTEZ, did, without authority, commit a Class A Misdemeanor by driving recklessly in violation of 18 U.S.C. § 13(a), 18 U.S.C. § 7(3), and Alaska Statute 28.35.040.

Dated this 30th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

*[signature]*

PETER S. KEZAR, Capt, USAF
Special Assistant U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506
Phone: (907) 552-3048
Fax: (907) 552-2877
E-Mail: peter.kezar@elmendorf.af.mil

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, a copy
of the foregoing was served electronically and mailed
via 1st Class U.S. Mail on:

Kevin F. McKoy, Esq., Assistant Federal Public Defender,
601 West 5th Ave., Suite 800, Anchorage, AK 99501

Crandon Randell, Esq., Assistant United States Attorney,
222 West 7th Ave., Box 9, Room 253, Anchorage, AK 99513

*[signature]*

PETER S. KEZAR, Capt, USAF
Special Assistant U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506
Phone: (907) 552-3048
Fax: (907) 552-2877
E-Mail: peter.kezar@elmendorf.af.mil