Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>             Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

Jose L. Montez intends to plead guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to the superceding information at Docket No. 68, which charges reckless driving in violation of 18 U.S.C. § 13(a), 18 U.S.C. § 7(3), and Alaska Statute 28.35.040.  Pursuant to Fed.R.Crim.P. 11(c)(1(C) the parties agree that:

1.      Jose L. Montez shall be permitted to enter a guilty plea without admitting guilt pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970);

2.      Jose L. Montez shall be sentenced to a probationary sentence with a term of probation of one year;

      3.      Jose L. Montez shall be fined in the amount of $300.00;

      4.      Jose L. Montez shall pay a special assessment in the amount of $25.00;

      5.      Jose L. Montez does not have the ability to pay restitution and a restitution order is not appropriate;

      6.      Jose L. Montez may appear at the change of plea hearing and at sentencing by telephone;

      7.      Sentencing shall follow immediately upon acceptance of Jose L. Montez's guilty plea.

The parties ask that the arraignment/change of plea/sentencing hearing be calendared at a date and time convenient for the court and counsel. In this regard, the government asks that the matter not be calendared on Wednesdays, and Mr. Montez asks that the matter be calendared in the mornings so as not to interfere with his employment in California.

DATED at Anchorage, Alaska this 1st day of November 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:    907-646-3400
Fax:    907-646-3480
E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on November 1, 2006,
a copy of the *Notice of Intent to Change Plea* was served electronically on:

Captain Peter Kezar
3WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy