Capt Peter S. Kezar
Special Assistant U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-0052-TMB |
| Plaintiff, | ) | |
| vs. | ) | **SENTENCING MEMORANDUM** |
| JOSE L. MONTEZ, | ) | |
| Defendant. | ) | |

COMES NOW, the United States of America, by and through the undersigned counsel, and respectfully submits, pursuant to an agreement with the Defendant and his attorney, that:

1. The Defendant should be permitted to enter a plea of guilty on the Superceding Information filed in this case without admitting guilt with respect to any future civil proceedings pursuant to *North Carolina v. Alford*, 400 U.S. 25

(1970);

    2. The Defendant should be sentenced to a probationary sentence with a term of probation of one year;

    3. The Defendant should be fined in the amount of $300.00;

    4. The Defendant should pay a special assessment in the amount of $25.00;

    5. The Defendant should not be required to pay restitution;

    6. The Defendant should be allowed to appear at the change of plea hearing and at sentencing by telephone, and;

    7. Sentencing should follow immediately upon acceptance of the Defendant's guilty plea.

The Government is satisfied that this sentence meets the ends of justice and promotes good order and discipline at Eareckson Air Station, Alaska.

Dated this 2nd day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ PETER S. KEZAR, Capt, USAF
Special Assistant U.S. Attorney

3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506
Phone: (907) 552-3048
Fax: (907) 552-2877
E-Mail: peter.kezar@elmendorf.af.mil

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, a copy of the foregoing was served electronically on:

Kevin F. McKoy, Esq., Assistant Federal Public Defender,
601 West 5th Ave., Suite 800, Anchorage, AK 99501

Crandon Randell, Esq., Assistant United States Attorney,
222 West 7th Ave., Box 9, Room 253, Anchorage, AK 99513


s/ PETER S. KEZAR, Capt, USAF
Special Assistant U.S. Attorney
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, AK 99506
Phone: (907) 552-3048
Fax: (907) 552-2877
E-Mail: peter.kezar@elmendorf.af.mil