```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   JOSE L. MONTEZ        CASE NO. 3:06-CR-00052-TMB
Defendant:  X Not Present    X On Bond

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      PETER KEZAR AND CRANDON RANDELL

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

PROCEEDINGS: STATUS CONFERENCE (EVIDENTIARY HEARING RE
             DEFENDANT'S MOTION TO EXCLUDE (DKT 25))
             Held 10/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:32 p.m. court convened.

Court and counsel heard re production of discovery.

Court and counsel heard re Plaintiff's oral motion to continue proceeding **GRANTED.**

Plaintiff's Oral motion to file Supplemental Response to Defendant's Motion to Exclude, **GRANTED.**

Plaintiff's Supplemental Response to Defendant's Motion to Exclude due **11/03/06.** Defendant's Reply to the Supplemental Response due **11/13/06**

Plaintiff to produce discovery **11/03/06**; Defendant to produce discovery by **11/13/06.**

Evidentiary/Daubert Hearing set for **11/20/06 at 9:30 a.m.**

At 1:52 p.m. court adjourned.

DATE:   October 25, 2006      DEPUTY CLERK'S INITIALS:     SCL