PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NUMBER.  NO OTHER DOCUMENT IS ATTACHED.

Case 3:06-cr-00052-TMB   Document 73   Filed 11/02/2006   Page 1 of 1