Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE L. MONTEZ,<br><br>Defendant. | Case No. 3:06-cr-0052-TMB<br><br>**CONSENT TO PROCEEDINGS IN DEFENDANT'S PHYSICAL ABSENCE** |

Jose L. Montez, having been advised of his right to be personally present at the arraignment/change of plea/sentencing hearing on the superceding information at Docket No. 68 in the above-styled matter, hereby consents to this hearing proceeding in his physical absence pursuant to the provisions of Fed.R.Crim.P. 43(b)(2). Mr. Montez intends to participate in these proceedings by telephone.

Dated at Madera, California, this 2 day of November, 2006.

_____
JOSE L. MONTEZ
Defendant

Exhibit A - Page 1 of 1