```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs JOSE L. MONTEZ        CASE NO. 3:06-cr-00052-TMB
Defendant:  X Present-Telephonic  X On Bond

BEFORE THE HONORABLE:              TIMOTHY M. BURGESS

DEPUTY CLERK/RECORDER:             PATTY DEMETER

UNITED STATES ATTORNEY:            CRANDON RANDELL / PETER KEZAR

DEFENDANT'S ATTORNEY:              KEVIN MCCOY

U.S.P.O.:                          KAREN BREWER

PROCEEDINGS: ARRAIGNMENT / ENTRY OF PLEA AND SENTENCING
             HELD NOVEMBER 16, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Court convened at 10:14 a.m.

 X Defendant waived reading of Superseding Information.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Same as above.

 X Defendant plea(s) No Contest to Count 1 of the Superseding
   Information.

 X Court accepted plea.

 X Notice of Appeal form given to defense counsel.

 X Defendant placed on probation for a period of  1  year under
   the usual terms and conditions with special conditions of
   probation as stated in the judgment.

 X Fined $ 300.00

 X Special Assessment $ 25.00 , due immediately.

 X OTHER: Court allowed defendant to appear telephonically
pursuant to Rule 43. Court accepted unwritten plea agreement.
Appeal rights given. Payment Coupon given to defense counsel.

At 11:02 a.m. court adjourned.


DATE:  November 16, 2006    DEPUTY CLERK'S INITIALS:     PLD