**(AMENDED)**

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JOSE L. MONTEZ     CASE NO. 3:06-cr-00052-TMB
Defendant: _X_ Present-Telephonic _X_ On Bond

BEFORE THE HONORABLE: TIMOTHY M. BURGESS

DEPUTY CLERK/RECORDER: PATTY DEMETER

UNITED STATES ATTORNEY: CRANDON RANDELL / PETER KEZAR

DEFENDANT'S ATTORNEY: KEVIN MCCOY

U.S.P.O.: KAREN BREWER

PROCEEDINGS: ARRAIGNMENT / ENTRY OF PLEA AND SENTENCING HELD NOVEMBER 16, 2006:

------------------------------------------------

Court convened at 10:14 a.m.

_X_ Defendant waived reading of Superseding Information.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Same as above.

_X_ Defendant plea(s) No Contest to Count 1 of the Superseding Information.

_X_ Court accepted plea.

_X_ Notice of Appeal form given to defense counsel.

_X_ Defendant placed on probation for a period of _1_ year under the usual terms and conditions with special conditions of probation as stated in the judgment.

_X_ Fined $ 300.00

_X_ Special Assessment $ 25.00 , due immediately.

_X_ OTHER: Court allowed defendant to appear telephonically pursuant to Rule 43. Court accepted unwritten plea agreement. Appeal rights given. Payment Coupon given to defense counsel.

**OFF RECORD: Final Pretrial Conference set for December 12, 2006, and the Trial by Jury set for December 18, 2006, are VACATED.**

At 11:02 a.m. Court adjourned.

DATE: November 20, 2006   DEPUTY CLERK"S INITIALS  PLD